C.P. Bartholomew (State Bar No. 211425)
cpbartholomew@finkelsteinthompson.com
Mark Punzalan (State Bar No. 247599)
mpunzalan@finkelsteinthompson.com
**FINKELSTEIN THOMPSON LLP**
100 Bush Street, Suite 1450
San Francisco, California 94104
Telephone: (415) 398-8700
Facsimile: (415) 398-8704

Counsel for Plaintiff

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Wayne Luzon, On Behalf of Himself and All Others Similarly Situated, <br><br> Plaintiff, <br><br> vs. <br><br> BIGBAND NETWORKS, INC., AMIR BASSAN-ESKENAZI, RAN OZ, FREDERICK BALL, GAL ISRAELY, DEAN GILBERT, KEN GOLDMAN, LLOYD CARNEY, BRUCE SACHS, ROBERT SACHS, GEOFFREY YANG, MORGAN STANLEY & CO., INC., MERRILL LYNCH, PIERCE, FENNER & SMITH INC., JEFFERIES & CO., INC., COWEN & CO., INC., and THINKEQUITY PARTNERS, LLC <br><br> Defendants. | **NOTICE OF RELATED ACTION** <br><br> **CLASS ACTION** |

PLEASE TAKE NOTICE THAT:

     Pursuant to Civil Local Rule 3-12, Plaintiff Wayne Luzon gives notice that the above-captioned matter appears to be related to the following actions presently pending in the Northern District of California:

*Brodsky v. BigBand Networks, Inc., et al.*, 3:07-cv-05141

*Koesterer v. BigBand Networks, Inc., et al.*, 3:07-cv-05168

*Mohanty v. Bassan-Eskenazi et al.*, 4:07-cv-05101

*Smith v. BigBand Newtorks, Inc. et al.*, 3:07-cv-05361

*Winston v. BigBand Networks, Inc. et al.*, 3:07-cv-05327.

These actions: (1) concern substantially the same parties, property, transaction or event, and (2) it appears likely that there will be an unduly burdensome duplication of labor and expense or conflicting results if these cases are conducted before different Judges.

Specifically, these actions stem from Defendants' false and misleading statements contained in the Company's Registration Statement and Prospectus filed in connection with the Company's March 15, 2007 Initial Public Offering. The statements resulted in the artificial inflation of the price of BigBand common stock during the Class Period. Based on these same events, Plaintiff asserts causes of action for violations of Section 10(b) and 20(a) of the Securities Exchange Act of 1934.

Accordingly, Plaintiff Wayne Luzon respectfully requests this action be related to 3:07-cv-05141, 3:07-cv-05168, 4:07-cv-05101, 3:07-cv-05361, and 3:07-cv-05327.

DATED: November 6, 2007                    Respectfully submitted,

                                          **FINKELSTEIN THOMPSON LLP**

                                          /s/ Mark Punzalan
                                          MARK PUNZALAN

                                          Christine Pedigo Bartholomew
                                          100 Bush Street, Suite 1450
                                          San Francisco, CA 94104
                                          Telephone: 415.398.8700
                                          Facsimile: 415.398.8704