**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WAYNE LUZON, on behalf of himself and all others similarly situated, | No. C 07-05637 WHA |
| Plaintiff, | |
| v. | **ORDER OF REFERRAL** |
| BIGBAND NETWORKS, INC., AMIR BASSAN-ESKENAZI, RAN OZ, FREDERICK BALL, GAL ISRAELY, DEAN GILBERT, KEN GOLDMAN, LLOYD CARNEY, BRUCE SACHS, ROBERT SACHS, GEOFFREY YANG, MORGAN STANLEY & CO., INC., MERRILL LYNCH, PIERCE, FENNER & SMITH, INC., JEFFERIES & CO., INC., COWEN & CO., INC., and THINKEQUITY PARTNERS, LLC, | |
| Defendants. / | |

This action appears to be one of several cases currently pending in the Northern District of California involving defendants' alleged false and misleading statements contained in the company's registration statement and prospectus filed in connection with the company's March 15 initial public offering of this year. Pursuant to Civil Local Rule 3-12, the Court refers this matter to Judge Saundra Brown Armstrong for the purpose of determining whether it is related to *Mohanty v. Bassan-Eskenazi et al.*, Case No. 07-05101.

**IT IS SO ORDERED.**

Dated: November 13, 2007.



WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE