1  KEITH E. EGGLETON, State Bar No. 159842
   RODNEY G. STRICKLAND, State Bar No. 161934
2  JONI OSTLER, State Bar No. 230009
   FREEDA Y. LUGO, State Bar No. 244913
3  WILSON SONSINI GOODRICH & ROSATI
   Professional Corporation
4  650 Page Mill Road
   Palo Alto, CA 94304-1050
5  Telephone: (650) 493-9300
   Facsimile:  (650) 565-5100
6  E-mail: keggleton@wsgr.com
   E-mail: rstrickland@wsgr.com
7  E-mail: jostler@wsgr.com
   E-mail: flugo@wsgr.com
8
   Attorneys for Defendants
9

10                UNITED STATES DISTRICT COURT

11                NORTHERN DISTRICT OF CALIFORNIA

12

13 WAYNE LUZON, On Behalf of Himself and All )   CASE NO.: 3:07-CV-05637-WHA
   Others Similarly Situated,                )
                                             )   **DISCLOSURE STATEMENT AND**
14              Plaintiff,                   )   **CERTIFICATION OF**
                                             )   **INTERESTED ENTITIES OR**
15         v.                                )   **PERSONS**
                                             )
16 BIGBAND NETWORKS, INC., AMIR BASSAN-)      (F.R.Civ.P. 7.1)
   EZKENAZI, RAN OZ, FREDERICK BALL, GAL)    (N.D.L.R. 3-16)
17 ISRAELY, DEAN GILBERT, KEN GOLDMAN,  )
   LLOYD CARNEY, BRUCE SACHS, ROBERT   )
18 SACHS, GEOFFREY YANG, MORGAN        )
   STANLEY & CO., INC., MERRILL LYNCH, )
19 PIERCE, FENNER & SMITH, INC., JEFFERIES )
   & CO., INC., COWEN AND CO., INC., and )
20 THINKEQUITY PARTNERS LLC            )
                                       )
21         Defendants.                 )
   _____)
22

23

24

25

26

27

28

## DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned certifies that (1) BigBand Networks, Inc. ("BigBand") does not have a corporate parent; and (2) no public company owns 10% or more of BigBand stock.

## CERTIFICATION OF INTERESTED ENTITIES OR PERSONS

Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

Dated: November 21, 2007                    WILSON SONSINI GOODRICH & ROSATI
                                            Professional Corporation


                                            By:  /s/ Joni Ostler
                                                    Joni Ostler

                                            650 Page Mill Road
                                            Palo Alto, CA 94304-1050
                                            Telephone: (650) 493-9300
                                            Facsimile:  (650) 565-5100
                                            E-mail: jostler@wsgr.com

                                            *Attorneys for Defendants*

# CERTIFICATE OF SERVICE

I, Rosemarie Dean, declare:

I am employed in Santa Clara County, State of California. I am over the age of 18 years and not a party to the within action. My business address is Wilson Sonsini Goodrich & Rosati, 650 Page Mill Road, Palo Alto, California 94304-1050.

On this date, I served:

**DISCLOSURE STATEMENT AND CERTIFICATION OF INTERESTED ENTITIES OR PERSONS (F.R.Civ.P.7.1) (N.D.I.R. 3-16)**

☒ By e-mail transmission on that date. This document was transmitted via e-mail to the following e-mail addresses as set forth below:

Michael C. Tu
Orrick Herrington & Sutcliffe LLP
777 South Figueroa Street, Suite 3200
Los Angeles, CA 90017-5855
Telephone: (213) 629-2020
Facsimile: (213) 612-2499
E-mail: mtu@orrick.com

I am readily familiar with Wilson Sonsini Goodrich & Rosati's practice for collection and processing of documents for delivery according to instructions indicated above. In the ordinary course of business, documents would be handled accordingly.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed at Palo Alto, California on November 21, 2007.

*/s/ Rosemarie Dean*
Rosemarie Dean