REED R. KATHREIN (139304)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
reed@hbsslaw.com

LEWIS S. KAHN
KAHN GAUTHIER SWICK, LLC
650 Poydras Street, Suite 2150
New Orleans, LA 70130
Telephone: (504) 455-1400
Facsimile: (504) 455-1498
lewis.kahn@kgscounsel.com

Attorneys for Plaintiffs

[Additional counsel listed on signature page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| BIKASH MOHAN MOHANTY, On Behalf of Himself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>BIGBAND NETWORKS, INC., AMIR BASSAN-ESKENAZI, RAN OZ, FREDERICK BALL, GAL ISRAELY, DEAN GILBERT, KEN GOLDMAN, LLOYD CARNEY, BRUCE SACHS, ROBERT SACHS, GEOFFREY YANG, MORGAN STANLEY & CO., INC., MERRILL LYNCH, PIERCE, FENNER & SMITH, INC., JEFFERIES & CO., INC., COWEN AND CO., INC., AND THINKEQUITY PARTNERS, LLC<br><br>Defendants. | Case No. 3:07-CV-05101-SBA<br><br>NOTICE OF FILING |

001922-11 219555 V1

| | | |
|---|---|---|
| 1 | DENNIS KOESTERER, On Behalf of Himself and All Others Similarly Situated, ) | Case No. 3:07-CV-05168-MMC |
| 2 | ) | |
| | Plaintiff, ) | |
| 3 | ) | |
| | v. ) | |
| 4 | ) | |
| 5 | BIGBAND NETWORKS, INC., AMIR BASSAN-ESKENAZI, FREDERICK A. BALL, RAN OZ, LLOYD CARNEY, DEAN GILBERT, KEN GOLDMAN, GAL ISRAELY, BRUCH SACHS, ROBERT SACHS, and GEOFFREY YANG ) ) ) ) ) | |
| 6 | | |
| 7 | ) | |
| | Defendants. ) | |
| 8 | ) | |
| 9 | ABRENA WINSTON, Individually and On Behalf of All Others Similarly Situated, ) ) | Case No. 3:07-CV-05327-MMC |
| 10 | ) | |
| | Plaintiff, ) | |
| 11 | ) | |
| | v. ) | |
| 12 | ) | |
| 13 | BIGBAND NETWORKS, INC., AMIR BASSAN-ESKENAZI, RAN OZ, FREDERICK BALL, GAL ISRAELY, DEAN GILBERT, KEN GOLDMAN, LLOYD CARNEY, BRUCE SACHS, ROBERT SACHS, GEOFFREY YANG, MERRILL LYNCH, PIERCE, FENNER & SMITH, INC., MORGAN STANLEY & CO., INC., COWEN AND CO., JEFFERIES & CO., and THINKEQUITY PARTNERS, LLC ) ) ) ) ) ) ) ) ) | |
| 14 | | |
| 15 | | |
| 16 | | |
| 17 | ) | |
| | Defendants. ) | |
| 18 | ) | |
| | DONALD SMITH, On Behalf of Himself and All Others Similarly Situated, ) | Case No. 3:07-CV-05361-SI |
| 19 | ) | |
| | Plaintiff, ) | |
| 20 | ) | |
| 21 | v. ) | |
| 22 | BIGBAND NETWORKS, INC., AMIR BASSAN-ESKENAZI, and FREDERICK A. BALL ) ) ) | |
| 23 | ) | |
| | Defendants. ) | |
| 24 | ) | |

| | | |
|---|---|---|
| 1 | WAYNE LUZON, On Behalf of Himself and All Others Similarly Situated, | Case No. 3:07-CV-05637-WHA |
| 2 | Plaintiff, | |
| 3 | v. | |
| 4 | | |
| 5 | BIGBAND NETWORKS, INC., AMIR BASSAN-ESKENAZI, RAN OZ, FREDERICK BALL, GAL ISRAELY, DEAN GILBERT, KEN GOLDMAN, LLOYD CARNEY, BRUCE SACHS, ROBERT SACHS, GEOFFREY YANG, MORGAN STANLEY & CO., INC., MERRILL LYNCH, PIERCE, FENNER & SMITH, INC., JEFFERIES & CO., INC., COWEN AND CO., INC., and THINKEQUITY PARTNERS, LLC | |
| 6 | | |
| 7 | | |
| 8 | | |
| 9 | Defendants. | |
| 10 | | |
| 11 | DEBRA L. BERNSTEIN, Individually and On Behalf of All Others Similarly Situated, | Case No. 3:07-CV-05825-CRB |
| 12 | Plaintiff, | |
| 13 | v. | |
| 14 | BIGBAND NETWORKS, INC., AMIR BASSAN-ESKENAZI, RAN OZ, FREDERICK A. BALL, GAL ISRAELY, DEAN GILBERT, KENNETH A. GOLDMAN, LLOYD CARNEY, BRUCE I. SACHS, ROBERT J. SACHS, GEOFFREY Y. YANG, MORGAN STANLEY & CO., INCORPORATED, JEFFERIES & COMPANY, INC., MERRILL LYNCH, PIERCE FENNER & SMITH INCORPORATED, COWEN AND COMPANY, LLC and THINKEQUITY PARTNERS LLC, | |
| 15 | | |
| 16 | | |
| 17 | | |
| 18 | | |
| 19 | | |
| 20 | Defendants. | |
| 21 | EUGENE HAMMER, On Behalf of Himself and All Others Similarly Situated, | Case No. 3:07-CV-05825-SI |
| 22 | | |
| 23 | Plaintiff, | |
| 24 | v. | |
| 25 | BIGBAND NETWORKS, INC., AMIR BASSAN-ESKENAZI, FREDERICK A. BALL, RAN OZ, LLOYD CARNEY, DEAN GILBERT, KEN GOLDMAN, GAL ISRAELY, BRUCE SACHS, ROBERT SACHS, and GEOFFREY YANG | |
| 26 | | |
| 27 | Defendants. | |
| 28 | | |

001922-11 219555 V1


Please take NOTICE THAT, Plaintiff movant Gwyn Jones filed the following documents in *Mohanty v. Bassan-Eskenazi, et al.*, Case No. 3:07-CV-05101-SBA, currently pending before Judge Saundra B. Armstrong:

1.  Notice of Motion and Motion to Consolidate, to Appoint Gwyn Jones Lead Plaintiff and to Approve Proposed Lead Plaintiff's Selection of Counsel; Memorandum of Points and Authorities in Support Thereof;

2.  Declaration of Reed R. Kathrein in Support of the Motion to Consolidate, to Appoint Gwyn Jones Lead Plaintiff and to Approve Proposed Lead Plaintiff's Selection of Counsel;

3.  [Proposed] Order Granting the Motion to Consolidate, to Appoint Gwyn Jones Lead Plaintiff and to Approve Proposed Lead Plaintiff's Selection of Counsel;

4.  Gwyn Jones' Opposition to the Motion of the Sphera Fund to Appoint Lead Plaintiff;

5.  Declaration of Reed R. Kathrein in Support of Gwyn Jones' Opposition to the Motion of the Sphera Fund to Appoint Lead Plaintiff;

6.  Reply in Support of Gwyn Jones' Motion to Appoint Lead Plaintiff and in Response to Sphera Fund's Opposition to Jones' Motion; and

7.  Declaration of Reed R. Kathrein in Support of Gwyn Jones' Reply to the Sphera Fund's Opposition to His Motion to Appoint Lead Plaintiff.

These documents are available for download and viewing through the Court's web site.

Dated: January 23, 2008                     HAGENS BERMAN SOBOL SHAPIRO, LLP


By: _____/s/ Reed R. Kathrein_____
      REED R. KATHREIN

715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
reed@hbsslaw.com

Steve W. Berman
HAGENS BERMAN SOBOL SHAPIRO, LLP
1301 Fifth Avenue, Suite 2900
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com


1
2          Lewis S. Kahn
        KAHN GAUTHIER SWICK, LLC
3          650 Poydras Street, Suite 2150
        New Orleans, LA 70130
        Telephone: (504) 455-1400
4          Facsimile: (504) 455-1498
        lewis.kahn@kgscounsel.com
5
6          Kim E. Miller
        KAHN GAUTHIER SWICK, LLC
7          12 East 41st Street, 12th Floor
        New York, NY 10017
        Telephone: (212) 696-3730
8          Facsimile: (504) 455-1498
        kim.miller@kgscounsel.com
9
10         Attorneys for Plaintiff

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

NOTICE OF FILING – NO. C 07-05101 SBA       - 2 -
001922-11 219555 V1

**CERTIFICATE OF SERVICE**

I hereby certify that on January 23, 2008 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses registered, as denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

        /s/ Reed R. Kathrein
        REED R. KATHREIN

# Mailing Information for a Case 3:07-cv-05168-MMC

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Robert C. Finkel**
  RFinkel@wolfpopper.com

- **Reed R. Kathrein**
  reed@hbsslaw.com,nancyq@hbsslaw.com,sf_filings@hbsslaw.com

- **Natalie Marie Mackiel**
  nmackiel@wolfpopper.com

- **Joni L. Ostler**
  jostler@wsgr.com,rstrickland@wsgr.com,pbaird@wsgr.com,flugo@wsgr.com,keggleton@wsgr.com

- **Stephen Lyle Porter**
  slp@wpglaw.com

## Manual Notice List

The following is the list of attorneys who are **not**
on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)

# Mailing Information for a Case 3:07-cv-05327-MMC

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Lawrence Timothy Fisher**
  ltfisher@bramsonplutzik.com,moldenburg@bramsonplutzik.com

- **Reed R. Kathrein**
  reed@hbsslaw.com,nancyq@hbsslaw.com,sf_filings@hbsslaw.com

- **Joni L. Ostler**
  jostler@wsgr.com,rstrickland@wsgr.com,pbaird@wsgr.com,flugo@wsgr.com,keggleton@wsgr.com

- **Alan R Plutzik**
  aplutzik@bramsonplutzik.com

- **Alan Roth Plutzik**
  aplutzik@bramsonplutzik.com

- **Michael Carl Tu**
  mtu@orrick.com

## Manual Notice List

The following is the list of attorneys who are **not**
on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)

# Mailing Information for a Case 3:07-cv-05361-SI

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Reed R. Kathrein**
  reed@hbsslaw.com,nancyq@hbsslaw.com,sf_filings@hbsslaw.com

- **Nicholas J Licato , Jr**
  nlicato@scott-scott.com

- **Joni L. Ostler**
  jostler@wsgr.com,rstrickland@wsgr.com,pbaird@wsgr.com,flugo@wsgr.com,keggleton@wsgr.com

- **David R. Scott**
  drscott@scott-scott.com

- **Arthur L. Shingler , III**
  ashingler@scott-scott.com,ssawyer@scott-scott.com

## Manual Notice List

The following is the list of attorneys who are **not**
on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)

# Mailing Information for a Case 3:07-cv-05637-WHA

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Christine Pedigo Bartholomew**
  cbartholomew@finkelsteinthompson.com,sanfran@finkelsteinthompson.com

- **Reed R. Kathrein**
  reed@hbsslaw.com,nancyq@hbsslaw.com,sf_filings@hbsslaw.com

- **Joni L. Ostler**
  jostler@wsgr.com,rstrickland@wsgr.com,pbaird@wsgr.com,flugo@wsgr.com,keggleton@wsgr.com

- **Mark Punzalan**
  mpunzalan@finkelsteinthompson.com

## Manual Notice List

The following is the list of attorneys who are **not**
on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- `(No manual recipients)`

# Mailing Information for a Case 3:07-cv-05819-CRB

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Lester Rene Hooker**
  lhooker@saxenawhite.com,amccook@saxenawhite.com,e-file@saxenawhite.com

- **Reed R. Kathrein**
  reed@hbsslaw.com,nancyq@hbsslaw.com,sf_filings@hbsslaw.com

- **Joni L. Ostler**
  jostler@wsgr.com,rstrickland@wsgr.com,pbaird@wsgr.com,flugo@wsgr.com,keggleton@wsgr.com

## Manual Notice List

The following is the list of attorneys who are **not**
on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- `(No manual recipients)`

# Mailing Information for a Case 3:07-cv-05825-SI

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Reed R. Kathrein**
  reed@hbsslaw.com,nancyq@hbsslaw.com,sf_filings@hbsslaw.com

- **Laurence D. King**
  lking@kaplanfox.com,ldannunzio@kaplanfox.com,kweiland@kaplanfox.com,abailey@kaplanfox.com

- **Elizabeth R. Odette**
  erodette@locklaw.com,smgrossheim@locklaw.com

- **Joni L. Ostler**
  jostler@wsgr.com,rstrickland@wsgr.com,pbaird@wsgr.com,flugo@wsgr.com,keggleton@wsgr.com

## Manual Notice List

The following is the list of attorneys who are **not**
on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Karen Hanson Riebel
Lockridge Grindal Nauen, P.L.L.P
100 Washington Avenue
Suite 2200
Minneapolis, MN 55402
```