REED R. KATHREIN (139304)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
reed@hbsslaw.com

LEWIS S. KAHN
KAHN GAUTHIER SWICK, LLC
650 Poydras Street, Suite 2150
New Orleans, LA  70130
Telephone: (504) 455-1400
Facsimile: (504) 455-1498
lewis.kahn@kgscounsel.com

Attorneys for Plaintiffs

[Additional counsel listed on signature page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| BIKASH MOHAN MOHANTY,  On Behalf of Himself and All Others Similarly Situated,<br><br>            Plaintiff,<br><br>            vs.<br><br>BIGBAND NETWORKS, INC., AMIR BASSAN-ESKENAZI, RAN OZ, FREDERICK BALL, GAL ISRAELY, DEAN GILBERT, KEN GOLDMAN, LLOYD CARNEY, BRUCE SACHS, ROBERT SACHS, GEOFFREY YANG, MORGAN STANLEY & CO., INC., MERRILL LYNCH, PIERCE, FENNER & SMITH, INC., JEFFERIES & CO., INC., COWEN AND CO., INC., AND THINKEQUITY PARTNERS, LLC<br><br>            Defendants. | Case No. 3:07-CV-05101-SBA<br><br>NOTICE OF FILING |

| | |
|---|---|
| 1 | DENNIS KOESTERER, On Behalf of Himself and )   Case No. 3:07-CV-05168-MMC |
| 2 | All Others Similarly Situated, ) |
| | ) |
| 3 | Plaintiff, ) |
| | ) |
| 4 | v. ) |
| | ) |
| 5 | BIGBAND NETWORKS, INC., AMIR BASSAN- ) |
| | ESKENAZI, FREDERICK A. BALL, RAN OZ, ) |
| 6 | LLOYD CARNEY, DEAN GILBERT, KEN ) |
| | GOLDMAN, GAL ISRAELY, BRUCH SACHS, ) |
| 7 | ROBERT SACHS, and GEOFFREY YANG ) |
| | ) |
| 8 | Defendants. ) |

1    DENNIS KOESTERER, On Behalf of Himself and    )    Case No. 3:07-CV-05168-MMC
      All Others Similarly Situated,                                )
2                                                                          )
                           Plaintiff,                                      )
3                                                                          )
                    v.                                                      )
4                                                                          )
      BIGBAND NETWORKS, INC., AMIR BASSAN-        )
5    ESKENAZI, FREDERICK A. BALL, RAN OZ,         )
      LLOYD CARNEY, DEAN GILBERT, KEN            )
6    GOLDMAN, GAL ISRAELY, BRUCH SACHS,        )
      ROBERT SACHS, and GEOFFREY YANG           )
7                                                                          )
                           Defendants.                                    )
8    _____)
9    ABRENA WINSTON, Individually and On           )    Case No. 3:07-CV-05327-MMC
      Behalf of All Others Similarly Situated,           )
10                                                                        )
                           Plaintiff,                                      )
11                                                                        )
                    v.                                                      )
12                                                                        )
      BIGBAND NETWORKS, INC., AMIR                    )
13   BASSAN-ESKENAZI, RAN OZ, FREDERICK      )
      BALL, GAL ISRAELY, DEAN GILBERT, KEN   )
14   GOLDMAN, LLOYD CARNEY, BRUCE             )
      SACHS, ROBERT SACHS, GEOFFREY           )
15   YANG, MERRILL LYNCH, PIERCE, FENNER    )
      & SMITH, INC., MORGAN STANLEY & CO.,     )
16   INC., COWEN AND CO., JEFFERIES & CO.,     )
      and THINKEQUITY PARTNERS, LLC             )
17                                                                        )
                           Defendants.                                    )
18   _____)
      DONALD SMITH, On Behalf of Himself and All    )    Case No. 3:07-CV-05361-SI
19   Others Similarly Situated,                              )
                                                                          )
20                         Plaintiff,                                      )
                                                                          )
21                  v.                                                      )
                                                                          )
22   BIGBAND NETWORKS, INC., AMIR                    )
      BASSAN-ESKENAZI, and FREDERICK A.         )
23   BALL                                                             )
                                                                          )
24                         Defendants.                                    )
      _____)
25

26

27

28

| | |
|---|---|
| WAYNE LUZON, On Behalf of Himself and All Others Similarly Situated,<br><br>   Plaintiff,<br><br> v.<br><br>BIGBAND NETWORKS, INC., AMIR BASSAN-ESKENAZI, RAN OZ, FREDERICK BALL, GAL ISRAELY, DEAN GILBERT, KEN GOLDMAN, LLOYD CARNEY, BRUCE SACHS, ROBERT SACHS, GEOFFREY YANG, MORGAN STANLEY & CO., INC., MERRILL LYNCH, PIERCE, FENNER & SMITH, INC., JEFFERIES & CO., INC., COWEN AND CO., INC., and THINKEQUITY PARTNERS, LLC<br><br>   Defendants. | Case No. 3:07-CV-05637-WHA |
| DEBRA L. BERNSTEIN, Individually and On Behalf of All Others Similarly Situated,<br><br>   Plaintiff,<br><br> v.<br><br>BIGBAND NETWORKS, INC., AMIR BASSAN-ESKENAZI, RAN OZ, FREDERICK A. BALL, GAL ISRAELY, DEAN GILBERT, KENNETH A. GOLDMAN, LLOYD CARNEY, BRUCE I. SACHS, ROBERT J. SACHS, GEOFFREY Y. YANG, MORGAN STANLEY & CO., INCORPORATED, JEFFERIES & COMPANY, INC., MERRILL LYNCH, PIERCE FENNER & SMITH INCORPORATED, COWEN AND COMPANY, LLC and THINKEQUITY PARTNERS LLC,<br><br>   Defendants. | Case No. 3:07-CV-05819-CRB |
| EUGENE HAMMER, On Behalf of Himself and All Others Similarly Situated,<br><br>   Plaintiff,<br><br> v.<br><br>BIGBAND NETWORKS, INC., AMIR BASSAN-ESKENAZI, FREDERICK A. BALL, RAN OZ, LLOYD CARNEY, DEAN GILBERT, KEN GOLDMAN, GAL ISRAELY, BRUCE SACHS, ROBERT SACHS, and GEOFFREY YANG<br><br>   Defendants. | Case No. 3:07-CV-05825-SI |

JAMES WILTJER, On Behalf of Himself and All Others Similarly Situated,

                    Plaintiff,

          v.

BIGBAND NETWORKS, INC., et al.

                  Defendants.

Case No. 3:08-CV-00022-CRB

Please take NOTICE THAT, Plaintiff Movant Gwyn Jones filed the following documents in *Mohanty v. Bassan-Eskenazi, et al.*, Case No. 3:07-CV-05101-SBA, currently pending before Judge Saundra B. Armstrong:

1.   Administrative Motion of Gwyn Jones to File a Sur-Reply in Response to Newly Raised Arguments of Sphera Fund Pursuant to Local Rule 7-11; and

2.   [Proposed] Order Granting the Administrative Motion of Gwyn Jones to File a Sur-Reply in Response to Newly Raised Arguments of Sphera Fund, Pursuant to Local Rule 7-11.

These documents are available for download and viewing through the Court's web site.

Dated: January 28, 2008                   HAGENS BERMAN SOBOL SHAPIRO, LLP


                                           By:  _____/s/ Reed R. Kathrein_____
                                                      REED R. KATHREIN

                                           715 Hearst Avenue, Suite 202
                                           Berkeley, CA 94710
                                           Telephone: (510) 725-3000
                                           Facsimile: (510) 725-3001
                                           reed@hbsslaw.com

                                           Steve W. Berman
                                           HAGENS BERMAN SOBOL SHAPIRO, LLP
                                           1301 Fifth Avenue, Suite 2900
                                           Seattle, WA 98101
                                           Telephone: (206) 623-7292
                                           Facsimile: (206) 623-0594
                                           steve@hbsslaw.com

                                           Lewis S. Kahn
                                           KAHN GAUTHIER SWICK, LLC
                                           650 Poydras Street, Suite 2150
                                           New Orleans, LA 70130
                                           Telephone: (504) 455-1400
                                           Facsimile: (504) 455-1498
                                           lewis.kahn@kgscounsel.com

1

2

3

4

Kim E. Miller
KAHN GAUTHIER SWICK, LLC
12 East 41st Street, 12th Floor
New York, NY  10017
Telephone: (212) 696-3730
Facsimile: (504) 455-1498
kim.miller@kgscounsel.com

5

6

Attorneys for Lead Plaintiff Movant Gwyn Jones, and
Proposed Co-Lead Counsel for the Class

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**CERTIFICATE OF SERVICE**

I hereby certify that on January 28, 2008 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses registered, as denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

                    /s/ Reed R. Kathrein
                   REED R. KATHREIN

# Mailing Information for a Case 3:07-cv-05168-MMC

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Robert C. Finkel**
  RFinkel@wolfpopper.com

- **Reed R. Kathrein**
  reed@hbsslaw.com,nancyq@hbsslaw.com,sf_filings@hbsslaw.com

- **Natalie Marie Mackiel**
  nmackiel@wolfpopper.com

- **Joni L. Ostler**
  jostler@wsgr.com,rstrickland@wsgr.com,pbaird@wsgr.com,flugo@wsgr.com,keggleton@wsgr.com

- **Stephen Lyle Porter**
  slp@wpglaw.com

## Manual Notice List

The following is the list of attorneys who are **not**
on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your
mouse to select and copy this list into your word processing program in order to create notices or labels for these
recipients.

- (No manual recipients)

# Mailing Information for a Case 3:07-cv-05327-MMC

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Lawrence Timothy Fisher**
  ltfisher@bramsonplutzik.com,moldenburg@bramsonplutzik.com

- **Reed R. Kathrein**
  reed@hbsslaw.com,nancyq@hbsslaw.com,sf_filings@hbsslaw.com

- **Joni L. Ostler**
  jostler@wsgr.com,rstrickland@wsgr.com,pbaird@wsgr.com,flugo@wsgr.com,keggleton@wsgr.com

- **Alan R Plutzik**
  aplutzik@bramsonplutzik.com

- **Alan Roth Plutzik**
  aplutzik@bramsonplutzik.com

- **Michael Carl Tu**
  mtu@orrick.com

## Manual Notice List

The following is the list of attorneys who are **not**
on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)

# Mailing Information for a Case 3:07-cv-05361-SI

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Reed R. Kathrein**
  reed@hbsslaw.com,nancyq@hbsslaw.com,sf_filings@hbsslaw.com

- **Nicholas J Licato , Jr**
  nlicato@scott-scott.com

- **Joni L. Ostler**
  jostler@wsgr.com,rstrickland@wsgr.com,pbaird@wsgr.com,flugo@wsgr.com,keggleton@wsgr.com

- **David R. Scott**
  drscott@scott-scott.com

- **Arthur L. Shingler , III**
  ashingler@scott-scott.com,ssawyer@scott-scott.com

## Manual Notice List

The following is the list of attorneys who are **not**
on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)

# Mailing Information for a Case 3:07-cv-05637-WHA

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Christine Pedigo Bartholomew**
  cbartholomew@finkelsteinthompson.com,sanfran@finkelsteinthompson.com

- **Reed R. Kathrein**
  reed@hbsslaw.com,nancyq@hbsslaw.com,sf_filings@hbsslaw.com

- **Joni L. Ostler**
  jostler@wsgr.com,rstrickland@wsgr.com,pbaird@wsgr.com,flugo@wsgr.com,keggleton@wsgr.com

- **Mark Punzalan**
  mpunzalan@finkelsteinthompson.com

## Manual Notice List

The following is the list of attorneys who are **not**
on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)

# Mailing Information for a Case 3:07-cv-05819-CRB

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Lester Rene Hooker**
  lhooker@saxenawhite.com,amccook@saxenawhite.com,e-file@saxenawhite.com

- **Reed R. Kathrein**
  reed@hbsslaw.com,nancyq@hbsslaw.com,sf_filings@hbsslaw.com

- **Joni L. Ostler**
  jostler@wsgr.com,rstrickland@wsgr.com,pbaird@wsgr.com,flugo@wsgr.com,keggleton@wsgr.com

## Manual Notice List

The following is the list of attorneys who are **not**
on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)

# Mailing Information for a Case 3:07-cv-05825-SI

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Reed R. Kathrein**
  reed@hbsslaw.com,nancyq@hbsslaw.com,sf_filings@hbsslaw.com

- **Laurence D. King**
  lking@kaplanfox.com,ldannunzio@kaplanfox.com,kweiland@kaplanfox.com,abailey@kaplanfox.com

- **Elizabeth R. Odette**
  erodette@locklaw.com,smgrossheim@locklaw.com

- **Joni L. Ostler**
  jostler@wsgr.com,rstrickland@wsgr.com,pbaird@wsgr.com,flugo@wsgr.com,keggleton@wsgr.com

## Manual Notice List

The following is the list of attorneys who are **not**
on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your
mouse to select and copy this list into your word processing program in order to create notices or labels for these
recipients.

```
Karen Hanson Riebel
Lockridge Grindal Nauen, P.L.L.P
100 Washington Avenue
Suite 2200
Minneapolis, MN 55402
```

# Mailing Information for a Case 3:08-cv-00022-CRB

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Ramzi Abadou**
  ramzia@csgrr.com,debh@csgrr.com

- **Keith E. Eggleton**
  keggleton@wsgr.com

- **Jeffrey W. Lawrence**
  jeffreyl@csgrr.com,e_file_sf@csgrr.com,e_file_sd@csgrr.com,GDarwish@csgrr.com

- **Joni L. Ostler**
  jostler@wsgr.com,pbaird@wsgr.com

- **Darren Jay Robbins**
  e_file_sd@csgrr.com

- **Rodney Grant Strickland , Jr**
  rstrickland@wsgr.com

- **Michael Carl Tu**
  mtu@orrick.com

- **Robert P. Varian**
  rvarian@orrick.com

## Manual Notice List

The following is the list of attorneys who are **not**
on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your
mouse to select and copy this list into your word processing program in order to create notices or labels for these
recipients.

```
Teodora Emilova Manolova
Orrick Herrington & Sutcliffe LLP
777 South Figueroa Street
Suite 3200
Los Angeles, CA 90017-5855
```