1  KEITH E. EGGLETON, State Bar No. 159842
   RODNEY G. STRICKLAND, JR. State Bar No. 161934
2  JONI OSTLER, State Bar No. 230009
   FREEDA Y. LUGO, State Bar No. 244913
3  WILSON SONSINI GOODRICH & ROSATI
   Professional Corporation
4  650 Page Mill Road
   Palo Alto, CA 94304-1050
5  Telephone:  (650) 493-9300
   Facsimile:   (650) 565-5100
6  E-mail: keggleton@wsgr.com
   E-mail: rstrickland@wsgr.com
7  E-mail: jostler@wsgr.com
   E-mail: flugo@wsgr.com
8
   Attorneys for Defendants BigBand Networks,
9  Inc., Amir Bassan-Eskenazi, Ran Oz,
   Frederick Ball, Gal Israely, Dean Gilbert,
10 Ken Goldman, Lloyd Carney, Bruce Sachs,
   Robert Sachs and Geoffrey Yang

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| WAYNE LUZON, On Behalf of Himself and All Others Similarly Situated, | ) ) ) | Case No. 3:07-CV-05637-WHA |
|---|---|---|
| Plaintiff, | ) ) ) | |
| v. | ) ) ) | **STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
| BIGBAND NETWORKS, INC., AMIR BASSAN-ESKENAZI, RAN OZ, FREDERICK BALL, GAL ISRAELY, DEAN GILBERT, KEN GOLDMAN, LLOYD CARNEY, BRUCE SACHS, ROBERT SACHS, GEOFFREY YANG, MORGAN STANLEY & CO., INC., MERRILL LYNCH, PIERCE, FENNER & SMITH, INC., JEFFERIES & CO., INC., COWEN AND CO., INC., and THINKEQUITY PARTNERS LLC, | ) ) ) ) ) ) ) ) ) ) | CMC Date: February 14, 2008<br>Time:       11:00 a.m.<br>Before:     Hon. William H. Alsup |
| Defendants. | ) ) | |

STIP RE CMC DATE
CASE NO. 3:07-CV-05637-WHA

1  WHEREAS, this case is a purported class action governed by the provisions of the Private Securities Litigation Reform Act of 1995 ("PSLRA");

2  WHEREAS, seven other substantially similar class actions are also pending in the Northern District of California:

*Mohanty v. Bassan-Eskenazi et al.*, No. C 07-5101-SBA, filed 10/3/07 (the "*Mohanty* Action");

*Koesterer v. BigBand Networks, Inc., et al.*, No. C 07-5168-MMC, filed 10/09/07;

*Winston v. BigBand Networks, Inc., et al.*, No. C 07-5327-MMC, filed 10/18/07;

*Smith v. BigBand Networks, Inc., et al.*, No. C 07-5361-SI, filed 10/19/07;

*Bernstein v. BigBand Networks, Inc., et al.*, No. C 07-05819-CRB, filed 11/15/07;

*Hammer v. BigBand Networks, Inc., et al.*, No. C 07-5825-SI, filed 11/16/07; and

*Wiltjer v. BigBand Networks, Inc., et al.*, No. C 08-22-CRB, removed on 1/2/08.

WHEREAS, on December 3, 2007, two motions to consolidate all these similar actions and for appointment as Lead Plaintiff pursuant to Section 21(D) of the PSLRA were filed in the first-filed *Mohanty* Action (*Mohanty* Action Docket Nos. 12, 15), and are under consideration before the Honorable Saundra B. Armstrong;

WHEREAS, because no lead plaintiff has been appointed who can speak for the plaintiff class, and because this case will, in all likelihood, be consolidated with the other above-listed cases and transferred to Judge Saundra B. Armstrong, the parties agree that the Case Management Conference currently scheduled for February 14, 2008 at 11:00 a.m. would be premature at this time;

IT IS HEREBY STIPULATED AND AGREED, by Defendants BigBand Networks, Inc., Amir Bassan-Eskenazi, Ran Oz, Frederick Ball, Gal Israely, Dean Gilbert, Ken Goldman, Lloyd Carney, Bruce Sachs, Robert Sachs, Geoffrey Yang, Morgan Stanley & Co. Incorporated, Merrill Lynch, Pierce, Fenner & Smith Incorporated, Jefferies & Company, Inc., Cowen and Company, LLC, and ThinkEquity Partners LLC, and plaintiff Wayne Luzon, that the Case Management Conference currently scheduled for February 14, 2008 at 11:00 a.m. should be taken off calendar and rescheduled at another time convenient for the Court after a lead plaintiff has been appointed

1  who can speak for the plaintiff class, in the event that this case is not transferred to Judge
2  Saundra B. Armstrong.

3  Dated: February 6, 2008                    WILSON SONSINI GOODRICH & ROSATI
                                              Professional Corporation
4
                                              By:        /s/ Joni Ostler
5                                                         Joni Ostler

6                                             *Counsel for Defendants BigBand Networks, Inc.,
                                              Amir Bassan-Eskenazi, Ran Oz, Frederick Ball,
7                                             Gal Israely, Dean Gilbert, Ken Goldman, Lloyd
                                              Carney, Bruce Sachs, Robert Sachs and Geoffrey
8                                             Yang*

9  Dated:  February 6, 2008                   FINKELSTEIN THOMPSON LLP

10                                            By:        /s/ Mark Punzalan
                                                          Mark Punzalan
11                                            C. P. Bartholomew
                                              100 Bush Street, Suite 1450
12                                            San Francisco, CA  94104
                                              Tel.: (415) 398-8700
13                                            Fax: (415) 398-8704
                                              Email: cpbartholomew@finkelsteinthompson.com
14                                            Email: mpunzalan@finkelsteinsthompson.com

15                                            *Counsel for Plaintiff Wayne Luzon*

16 Dated:  February 6, 2008                   ORRICK HERRINGTON & SUTCLIFFE LLP

17                                            By:      /s/ Michael C. Tu
                                                        Michael C. Tu
18                                            777 South Figueroa Street
                                              Suite 3200
19                                            Los Angeles, CA  90017-5855
                                              Tel.: (213) 629-2020
20                                            Fax: (213) 612-2499
                                              Email: mtu@orrick.com
21
                                              Robert P. Varian
22                                            ORRICK HERRINGTON & SUTCLIFFE LLP
                                              405 Howard Street
23                                            San Francisco, CA  94105-2669
                                              Tel.: (415) 773-5934
24                                            Fax: (415) 773-5759
25                                            Email: rvarian@orrick.com

26                                            *Counsel for Defendants Morgan Stanley & Co.
                                              Incorporated, Merrill Lynch, Pierce, Fenner &
27                                            Smith Incorporated, Jefferies & Company, Inc.,
                                              Cowen and Company, LLC and ThinkEquity
28                                            Partners LLC*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## ORDER

Pursuant to Stipulation, it is hereby ordered that the Case Management Conference currently scheduled for February 14, 2008 at 11:00 a.m. should be taken off calendar and rescheduled at _____.

Dated: _____

                                          The Honorable William H. Alsup
                                          United States District Court Judge

## **ATTESTATION**

I, Joni Ostler, am the ECF user whose identification and password are being used to file the STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE. In compliance with General Order 45.X.B, I hereby attest that Mark Punzalan and Michael C. Tu have concurred in this filing.

Dated: February 6, 2008

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By:   /s/ Joni Ostler
              Joni Ostler