IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WAYNE LUZON,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>BIGBAND NETWORKS, et al.,<br><br>　　　　Defendant.<br>_____/ | No. C 07-05637 WHA<br><br>**CLERK'S NOTICE<br>RESCHEDULING HEARING** |

(Plaintiff shall serve a copy of this notice on any party in the above-entitled action not appearing on the Notice of Electronic Filing or Other Case Activity and/or the attached Certificate of Service.)

　　YOU ARE NOTIFIED THAT the Case Management Conference previously set for February 14, 2008 at 11:00 a.m. has been rescheduled for **February 21, 2008 at 11:00 a.m.**, before the Honorable William Alsup. Please report to Courtroom 9, on the 19th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, CA 94102. Not less than seven days prior, counsel shall submit a joint case management conference statement not to exceed ten pages.

Dated:　February 6, 2008　　　　　　　　　　　　FOR THE COURT,

　　　　　　　　　　　　　　　　　　　　　　　　Richard W. Wieking, Clerk
　　　　　　　　　　　　　　　　　　　　　　　　By:_____
　　　　　　　　　　　　　　　　　　　　　　　　　Dawn Toland
　　　　　　　　　　　　　　　　　　　　　　　　　Courtroom Deputy to the
　　　　　　　　　　　　　　　　　　　　　　　　　Honorable William Alsup