United States District Court

For the Northern District of California

1

2

3

4

5

6

IN THE UNITED STATES DISTRICT COURT

7

FOR THE NORTHERN DISTRICT OF CALIFORNIA

8

9

10

WAYNE LUZON, on behalf of himself and all
others similarly situated,

11

No. C 07-05637 WHA

Plaintiff,

12

13

v.

**ORDER CONTINUING
CASE MANAGEMENT
CONFERENCE**

BIGBAND NETWORKS INC., AMIR
BASSAN-ESKENAZI, RAN OZ, FREDERICK
BALL, GAL ISRAELY, DEAN GILBERT, KEN
GOLDMAN, LLOYD CARNEY, BRUCE SACHS,
ROBERT SACHS, GEOFFREY YANG,
MORGAN STANLEY & CO., INC., MERRILL
LYNCH, PIERCE, FENNER & SMITH, INC.,
JEFFERIES & CO., INC., COWEN AND CO.,
INC., and THINK EQUITY PARTNERS LLC,

14

15

16

17

18

Defendant.

19

_____/

20

21

The case management conference, currently set for February 14, 2008, is **CONTINUED** to

22

**MARCH 13, 2008, AT 11:00 A.M.**  All initial deadlines are **EXTENDED** accordingly.  Please file a

23

joint case management statement at least seven days prior.

24

25

**IT IS SO ORDERED.**

26

27

Dated:  February 7, 2008.

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

28